| | |
|---|---|
| **WALTER D. NEALY, ESQ.**<br>**ATTORNEY AT LAW**<br>**100 South Van Brunt Street, Suite 2C**<br>**Englewood, New Jersey  07631**<br>**Phone: (201) 227-0063**<br>**Fax: (201) 227-6118**<br>**Attorney for Debtor** | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Order Filed on August 11, 2017*<br>*by Clerk, U.S. Bankruptcy*<br>*Court - District of New Jersey* |
| In Re:<br><br>Lemuel Dunnigan, Jr.<br><br>                              Debtor | Case No. 17-16718-SLM<br><br>Chapter: 13<br><br>Hearing Date: August 9, 2017<br><br>Time: 10:30 am<br><br>Judge: Stacey L. Meisel |

## ORDER GRANTING MOTION TO
## IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: August 11, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**DEBTOR:**    Lemuel Dunnigan, Jr.

**CASE NO:**    17-16718-SLM

**CAPTION OF ORDER:**    ORDER GRANTING MOTION TO IMPOSE THE AUTOMATIC STAY

---

     **THIS MATTER** having been brought before the Court by Walter D. Nealy, attorney for the Debtor Lemuel Dunnigan, Jr., on Motion seeking to Impose The Automatic Stay as to all creditors, and there being no objection, it is hereby

**ORDERED** that the Automatic Stay as to all creditors is hereby Imposed, ~~Nunc Pro Tunc to the date of the filing of the petition, April 3, 2017.~~ as of the date of the entry of this order.