|  |  |
|---|---|
| **WALTER D. NEALY, ESQ.**<br>**ATTORNEY AT LAW**<br>**100 South Van Brunt Street, Suite 2C**<br>**Englewood, New Jersey 07631**<br>**Phone: (201) 227-0063**<br>**Fax: (201) 227-6118**<br>**Attorney for Debtor** | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Order Filed on August 11, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>Lemuel Dunnigan, Jr.<br><br>                                Debtor | Case No. 17-16718-SLM<br><br>Chapter: 13<br><br>Hearing Date: August 9, 2017<br><br>Time: 10:30 am<br><br>Judge: Stacey L. Meisel |

## ORDER GRANTING MOTION TO
## IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: August 11, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**DEBTOR:** Lemuel Dunnigan, Jr.

**CASE NO:** 17-16718-SLM

**CAPTION OF ORDER:** ORDER GRANTING MOTION TO IMPOSE THE AUTOMATIC STAY

---

**THIS MATTER** having been brought before the Court by Walter D. Nealy, attorney for the Debtor Lemuel Dunnigan, Jr., on Motion seeking to Impose The Automatic Stay as to all creditors, and there being no objection, it is hereby

**ORDERED** that the Automatic Stay as to all creditors is hereby Imposed, ~~Nunc Pro Tunc to the date of the filing of the petition, April 3, 2017.~~ as of the date of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16718-SLM
Lemuel Dunnigan, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 11, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db            +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Lemuel  Dunnigan, Jr. nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                             TOTAL: 4