Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  17−16718−SLM
                            Chapter:  13
                            Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lemuel Dunnigan Jr.
   127 Sanford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−9365

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       12/6/17
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Walter D. Nealy, Debtor's Attorney

COMMISSION OR FEES
fee: $2960.00

EXPENSES
expenses: $40.00.

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 16, 2017
JAN:

                                                                                            Jeanne Naughton
                                                                                           Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 17-16718-SLM
Lemuel Dunnigan, Jr.                                            Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2                  Date Rcvd: Nov 16, 2017
                              Form ID: 137             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db            +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906
516744925     +Cap1/dbarn,   Po Box 30253,    Salt Lake City, UT 84130-0253
516744928     +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516744929     +Christine Sales,    127 Stanford Ave,    East Orange, NJ 07018-1906
516744930      Essex County Sheriff's Office,     50 West Nelson Street,    Newark, NJ 07102
516744931     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
516744934     +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516744937     +SLS,   8742 Lucent Blv,    Littleton, CO 80129-2302
516744938    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   STATE OF NEW JERSEY,    DIVISION OF TAXATION,   COMPLIANCE ACTIVITY,
                P O BOX 245,    Trenton, NJ 08695)
516797464     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516744939      Wells Fargo Auto Finan,    Mac 4031-080,    Phoenix, AZ 85038
516744940     +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
516744941     +Wellsfargo,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516744927     +E-mail/Text: bankruptcy@cavps.com Nov 16 2017 22:41:04     Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
516744932      E-mail/Text: cio.bncmail@irs.gov Nov 16 2017 22:40:31     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516744935     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 16 2017 22:40:23     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516857891      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 22:48:56
                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                Greenville, SC 29603-0675
516744936     +E-mail/Text: bankruptcy@senexco.com Nov 16 2017 22:40:17     Senex Services Corp,
                333 Founds Rd,   Indianapolis, IN 46268
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516744933*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,    PO box 9052,   Andover, MA 01810-9052)
516744926    ##+Capital One,   Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2             Date Rcvd: Nov 16, 2017
                              Form ID: 137               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Lemuel  Dunnigan, Jr. nealylaw@gmail.com,
           r43366@notify.bestcase.com
                                                                                             TOTAL: 4
```