UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Walter D. Nealy, Esq.
100 S. Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0073
Fax: (201) 227-6118
Email: nealylaw@gmail.com

**Order Filed on February 22, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Lemuel Dunnigan, Jr.

Case No.:    __17-16718-SLM__

Chapter:    __13__

Judge:    __Stacey L. Meisel__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   September 20, 2017   :

Property:      127 Sanford Street, East Orange, New Jersey 07018

Creditor:      Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____The Debtor ~~Walter D. Nealy, Esq.~~____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____May 22, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*