UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Walter D. Nealy, Esq.
100 S. Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0073
Fax: (201) 227-6118
Email: nealylaw@gmail.com

In Re:

Lemuel Dunnigan, Jr.

**Order Filed on February 22, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:    17-16718-SLM

Chapter:    13

Judge:    Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 20, 2017__ :

Property:        127 Sanford Street, East Orange, New Jersey 07018

Creditor:        Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____The Debtor ~~Walter D. Nealy, Esq.~~____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____May 22, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                          Case No. 17-16718-SLM
Lemuel Dunnigan, Jr.                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Feb 22, 2018
                               Form ID: pdf903              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db             +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Lemuel  Dunnigan, Jr. nealylaw@gmail.com,
               r43366@notify.bestcase.com
                                                                                               TOTAL: 4