UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on March 9, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Lemuel Dunnigan, Jr.

Case No.: 17-16718-SLM

Chapter: 13

Judge: SLM

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED **Walter D. Nealy**_____, the applicant, is allowed a fee of $ _____1,450.00_____ for services rendered and expenses in the amount of $_____40.00_____ for a total of $_____1,490.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*