UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on March 9, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Lemuel Dunnigan, Jr.

Case No.: 17-16718-SLM

Chapter: 13

Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED **Walter  D. Nealy**_____, the applicant, is allowed a fee of $ _____1,450.00_____ for services rendered and expenses in the amount of $_____40.00_____ for a total of $_____1,490.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lemuel Dunnigan, Jr.  
      Debtor

Case No. 17-16718-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 09, 2018  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db          +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      Walter D. Nealy    on behalf of Debtor Lemuel Dunnigan, Jr. nealylaw@gmail.com, r43366@notify.bestcase.com  
      TOTAL: 4