UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063 / Fax: (201) 227-6118
Email: nealylaw@gmail.com

**Order Filed on June 22, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Lemuel Dunnigan, Jr.

Case No.:   __17-16718-SLM__

Chapter:   __13__

Judge:   __Stacey L. Meisel__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 22, 2018___ :

Property:    127 Sanford Street, East Orange, New Jersey 07018

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___9/13/2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*