Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−16718−SLM
           Chapter: 13
           Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lemuel Dunnigan Jr.
   127 Sanford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−9365

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 19, 2018
JAN: apc

                                            Jeanne Naughton
                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 17-16718-SLM
Lemuel Dunnigan, Jr.                                                Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2          Date Rcvd: Oct 19, 2018
                            Form ID: 148             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db             +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906
516744925      +Cap1/dbarn,    Po Box 30253,   Salt Lake City, UT 84130-0253
516744928      +Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
516744929      +Christine Sales,    127 Stanford Ave,    East Orange, NJ 07018-1906
516744930      +Essex County Sheriff's Office,    50 West Nelson Street,    Newark, NJ 07102-1502
516744934      +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
516744937      +SLS,   8742 Lucent Blv,    Littleton, CO 80129-2302
516744938     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DIVISION OF TAXATION,    COMPLIANCE ACTIVITY,
                 P O BOX 245,    Trenton, NJ 08695)
516797464      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516744939       Wells Fargo Auto Finan,    Mac 4031-080,    Phoenix, AZ 85038
516744941      +Wellsfargo,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2018 22:36:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2018 22:36:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516744926      +EDI: CAPITALONE.COM Oct 20 2018 02:33:00     Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
516744927      +E-mail/Text: bankruptcy@cavps.com Oct 19 2018 22:36:58     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
516744931      +EDI: AMINFOFP.COM Oct 20 2018 02:33:00     First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
516744932       EDI: IRS.COM Oct 20 2018 02:33:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516744935      +EDI: CBSKOHLS.COM Oct 20 2018 02:33:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
516857891       EDI: RESURGENT.COM Oct 20 2018 02:33:00     LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
516744936      +E-mail/Text: bankruptcy@senexco.com Oct 19 2018 22:36:34     Senex Services Corp,
                 333 Founds Rd,   Indianapolis, IN 46268
516744940      +EDI: WFFC.COM Oct 20 2018 02:33:00     Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516744933*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO box 9052,    Andover, MA 01810-9052)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 19, 2018
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Walter D. Nealy    on behalf of Debtor Lemuel Dunnigan, Jr. nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        TOTAL: 4

Case 17-16718-SLM    Doc 59    Filed 10/21/18    Entered 10/22/18 12:27:44    Desc Imaged
Certificate of Notice    Page 3 of 3